IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH AKINS                                                                    PLAINTIFF

VS.                                4:19-CV-00420-BRW

MARK ESPER, SECRETARY OF THE ARMY                DEFENDANT

### JUDGMENT

Consistent with the Order entered today, the final decision of the Army Board of Correction of Military Records is AFFIRMED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 27th day of August, 2020.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE